March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

   Jermaine Nelson
                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 436 (JGK) (    )

Defendant __Jermaine Nelson__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ tele:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

*[Defendant's Signature]*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jermaine Nelson
Print Defendant's Name

*[Defense Counsel's Signature]*
Defense Counsel's Signature

Clay H. Kaminsky
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

9/12/22
Date

*[Judge's Signature]*
U.S. District Judge/~~U.S. Magistrate Judge~~