UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JERMAINE NELSON,

Defendant.

22-CR-436 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

As stated at today's conference, a further conference shall be held on **December 7, 2022, at 4:30 p.m.**

In order to assure the effective assistance of counsel, to allow the Government to make discovery, and to allow the defendant to review that discovery and to allow the defendant to review that discovery and to decide what motions, if any, to make, the Court prospectively excludes the time from today, **September 13, 2022,** until **December 7, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 13, 2022
       New York, New York

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge