# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 28, 2023

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

3/28/23  John G. Koeltl, U.S.D.J.

Re: **United States v. Jermaine Nelson,**
    **22 Cr. 436 (JGK)**

Dear Judge Koeltl:

I write to request that the Court modify the home-incarceration condition of Mr. Nelson's bail release in light of his mother's upcoming knee surgery on April 10, 2023. Mr. Nelson lives his parents, who will require his active assistance while his mother's mobility is limited. I therefore request that Mr. Nelson be permitted to leave his home, with prior Pretrial approval, (1) to accompany his mother to the surgery and follow-up medical appointments and (2) to assist her by doing errands after the procedure three days per week.

Neither the government nor Pretrial Services objects to this application.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC: AUSA Alexandra Messiter
    USPSO Courtney DeFeo