# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 29, 2023

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: ADJOURNED TO WEDNESDAY, SEPTEMBER 27, 2023, AT 3:30PM. SO ORDERED. 7/5/23 /s/ JGK USDJ]*

Re:   **United States v. Jermaine Nelson,**
      **22 Cr. 436 (JGK)**

Dear Judge Koeltl:

I write to request that the Court adjourn Mr. Nelson's sentencing, which is currently scheduled for July 13, by approximately 30 days. This adjournment is necessary for the effective representation of Mr. Nelson for two reasons. First, I need additional time to prepare for sentencing. Second, the requested adjournment will allow me to consider how very recent legal developments—i.e., decisions this month in which courts have held that 18 U.S.C. § 922(g)(1) violates the Second Amendment, as interpreted by New York State Rifle & Pistol Ass'n, Inc.. v. Bruen, 142 S. Ct. 2111 (2022), under certain circumstances—may apply in Mr. Nelson's case. See Range v. Att'y Gen., 69 F.4th 96 (3d Cir. June 6, 2023) (en banc); United States v. Jessie Bullock, 2023 WL 4232309 (S.D. Miss. June 28, 2023).

This is my first application to adjourn sentencing. I have discussed this request with government counsel, and I understand that the government has not yet determined its position on this application.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Alexandra Messiter