**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————

**UNITED STATES OF AMERICA,**

                                        **22-CR-436 (JGK)**

            **- against -**

                                        <u>**ORDER**</u>

**JERMAINE NELSON,**

                        **Defendant.**

————————————————————————

**JOHN G. KOELTL, United States District Judge:**

      The Government should respond to the motion to vacate by

**September 1, 2023.** The defense may reply by **September 8, 2023.**

**SO ORDERED.**

**Dated: August 18, 2023**
        **New York, New York**

                              /s/ John G. Koeltl

                              ————————————————————
                                    **John G. Koeltl**
                              **United States District Judge**