UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                      22-cr-436 (JGK)

JERMAINE NELSON,                     ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to vacate his guilty plea and dismiss the indictment. ECF No. 32.

SO ORDERED.

Dated:    New York, New York
            September 11, 2023

                                      John G. Koeltl
                                      United States District Judge