UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-                                    22 cr 436 (JGK)

JERMAINE NELSON,                                   **ORDER**

                    Defendant.
-------------------------------------------------------------X

The defendant shall make submissions by **November 1, 2023.** The Government shall make its submission by **November 7, 2023.** Sentencing is scheduled for **Wednesday, November 15, 2023, at 12:00pm.**

**SO ORDERED.**

                                                                    JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        October 6, 2023