UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                                      22 cr 436 (JGK)

JERMAINE NELSON,                                         **ORDER**
                          Defendant.
-------------------------------------------------------------X

        The Court, after consulting with the Probation Department, intends to correct the defendant's address listed in the Presentence Report, as being in The Bronx, New York, not New York, New York.

        The parties shall advise the Court, as soon as possible, if there are any objections.

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 15, 2023