UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                                 22 cr 436 (JGK)

JERMAINE NELSON,                              **ORDER**
                       Defendant.
-------------------------------------------------------------X

The Court advises the parties that in drafting the Statement of Reasons as for the judgment, and explaining mitigating circumstances, the Court wrote:

"The defendant's criminal history is concentrated in the period before the defendant's employment in 2018. Nevertheless, the defendant's criminal history includes two other weapons offenses." This corrects a statement at sentence that referred to the defendant's employment beginning in 2008. Nothing about this affects the Court's sentence.

**SO ORDERED.**

                                                             JOHN G. KOELTL
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 20, 2023