# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 19, 2023

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. Jermaine Nelson,**
       **22 Cr. 436 (JGK)**

Dear Judge Koeltl:

In light of Mr. Nelson's anticipated voluntary surrender on January 12, 2024, his Pretrial Services Officer, Courtney DeFeo, has advised me that Pretrial Services would like to remove his location-monitoring ankle bracelet on January 11, 2024. Understanding that a Court order is required in order to remove Mr. Nelson's ankle bracelet on that date, I respectfully request that the Court grant its permission by endorsing this letter. The government has no objection to this request.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Alexandra Messiter
      USPSO Courtney DeFeo (by email)

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
12/19/23